**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JANA STOWERS, ) | |
| ) | |
| Movant, ) | |
| ) | |
| ) | No. 4:24-CV-01130 CDP |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court *sua sponte*. Movant Jana Stowers filed a pro se motion for reduction in sentence in the United States District Court for the Western District of Washington on June 3, 2024. [ECF No. 1]. Because the motion sought to vacate her conviction for carjacking, 18 U.S.C. § 2119, which was entered in this Court on December 16, 2020,[1] the motion for reduction in sentence was interpreted as a motion to vacate brought pursuant to 28 U.S.C. § 2255 and transferred to the undersigned on August 19, 2024. [ECF Nos. 6-8].

Movant, however, previously filed a motion to vacate her sentence in this Court on July 22, 2024, and that action is currently pending. *See Stowers v. United States*, No. 4:24-CV-1000 CDP (E.D.Mo). Therefore, the Court will administratively terminate the present action, and all filings shall occur in *Stowers v. United States*, No. 4:24-CV-1000 CDP (E.D.Mo).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **ADMINISTRATIVELY CLOSED.**

**IT IS FURTHER ORDERED** that all filings hereafter related to movant's motion to vacate shall occur in *Stowers v. United States*, No. 4:24-CV-1000 CDP (E.D.Mo).

---

[1] *See United States v. Stowers*, No. 4:18CR831 CDP (E.D.Mo.).

**IT IS HEREBY CERTIFIED** that an appeal from this action would not be taken in good faith.

Dated this 20th day of August, 2024.

*[signature: Catherine D. Perry]*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE